UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

ROSE LEWIS,

        Plaintiff,

v.

        Case No. 4:10-cv-1223

AMERICAN CORADIUS INTERNATIONAL, LLC,

        Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, American Coradius International, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

        Respectfully submitted,

        _____
        Edward S. Meyer, Esq.
        Rabbitt, Pitzer & Snodgrass, P.C.
        100 South Fourth Street, Suite 400
        Saint Louis, MO 63102-1821
        Telephone:  (314) 421-5545
        Facsimile:   (314) 421-3144
        meyer@rabbittlaw.com

        Attorneys for Defendant,
        American Coradius International, LLC

## CERTIFICATE OF SERVICE

I certify that on this \_\_\_\_ day of August 2010, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Steven R. White, Esq.
Purschke, White, Robinson & Becker, LLC
316 East Locust
Union, MO 63084

_____
Attorney

\\sfnfs02\prolawdocs\8928\8928-26247\Lewis, Rose\166680.doc